Commonwealth *v.* Hood, Appellant.

Argued December 10, 1975. *Robert B. Lawler*, with him *Vito F. Canuso, Jr.*, and *Arthur R. Shuman, Jr.*, for appellant; *Carlos M. Morcate, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated at No. 423 (unauthorized use of an automobile of another) because merged in the sentence at No. 424 (theft); in all other respects, the judgment of sentence is affirmed.

SPAETH, J., would reverse the judgments of sentence imposed on 422 (criminal conspiracy) and 424 (theft, unlawful taking, disposition; theft, receiving stolen property) November Sessions, 1974, discharge appellant *pro tanto*, and remand for resentencing on 423 November Sessions, 1974 (unauthorized use of automobile).

HOFFMAN, J., joins SPAETH, J.

WATKINS, P.J., absent.